UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

04 – 30175 - MAP

UNITED STATES OF AMERICA,

        PLAINTIFF,

VS.

$35,000.00 IN U. S. CURRENCY,

        DEFENDANT

## CLAIM

Joseph Guilbe hereby makes a claim to the Defendant property.

Dated: October 4, 2004

*/s/ Joseph Guilbe*
JOSEPH GUILBE

## VERIFICATION

I declare under the penalty of perjury, as provided in 28 U. S. C. Section 1746, that I am authorized to make a claim to the Defendant Currency and that the forgoing is true and correct.

EXECUTED ON OCTOBER 4, 2004.

*/s/ Joseph Guilbe*
JOSEPH GUILBE

## CERTIFICATE OF SERVICE

I, Thomas F. McGuire, certify that I caused the attached Claim to be served on the Assistant United States Attorney Todd Newhouse by mailing same, with first class postage pre-paid thereon, to his office at 1550 Main Street, Springfield, Ma 01103 and on Assistant United States Attorney Shelby D. Wright by mailing same, with first class postage pre-paid thereon, to her office at the Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, Ma 02210 on October 6, 2004

THOMAS F. MCGUIRE