# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-30175-MAP |
| DEFENDANT<br>$35,000 IN U.S. CURRENCY | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$35,000 in U.S. Currency, seized from William Guilbe on or about February 11, 2003, at Holyoke, Massachusetts

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

IN CLERKS OFFICE
2004 OCT -6 P 2:02
U.S. DISTRICT COURT
DISTRICT OF MASS.

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please seize and maintain custody and control over the above-named currency in accordance with the attached Verified Complaint and Warrant & Monition and applicable law.
CATS No. 03-DEA-417312

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:
Shelbey D. Wright / LJT
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100
DATE: September 10, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/15/04 |
|---|---|---|---|---|

Date of Service: 9/15/04

REMARKS: In USMS custody.

(4)

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT