✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

$35,000.00 IN U.S. CURRENCY, et al.

**NOTICE**

CASE NUMBER:   04-30175-MAP

TYPE OF CASE:

☒ **CIVIL**     **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

| TYPE OF PROCEEDING |
|---|
| INITIAL SCHEDULING  CONFERENCE |

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **January 6, 2005, at 10:00  a.m.** | **January 26, 2005, at 10:30 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

January 7, 2005

DATE

/s/ *Bethaney A. Healy*

(BY) DEPUTY CLERK

TO:     ALL  COUNSEL OF RECORD