UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

04 – 30175 - MAP

UNITED STATES OF AMERICA,

PLAINTIFF,

VS.

$35,000.00 IN U. S. CURRENCY,

DEFENDANT

## MOTION TO CONTINUE STATUS CONFERENCE

The Claimant, Joseph Guilbe, by his undersigned attorney, Thomas F. McGuire,

Moves This Honorable Court to continue the Status Conference in this case for the reason

that the Claimant's Counsel will be unavailable on January 26, 2005 because of an

Arraignment in state court of an individual on a charge of Murder. This Defendant is

being returned from the Commonwealth of Virginia. The Parties ask that the Status

Conference be scheduled after February 7, 2005 because of the schedule of both Counsel.

ASSENTED TO:                 THE CLAIMANT, JOSEPH GUILBE

                             BY HIS ATTORNEY

SHELBY D. WRIGHT    /BY TEM    THOMAS F. MCGUIRE

ASSISTANT U.S. ATTORNEY    1365 MAIN STREET

                           SPRINGFIELD, MA. 01103

JANUARY 21, 2005           413/746-3020/FAX413/746-4289

## CERTIFICATE OF SERVICE

I, Thomas F. McGuire, certify that I caused the attached Motion To Continue to be

served on Assistant United States Attorney Shelby D. Wright by mailing same, with first

class postage pre-paid thereon, to her office at Moakley Courthouse, 1 Courthouse Way,

Suite 9200, Boston, Ma. 02210 on January 24, 2005 and by fax on January 23, 2005.

THOMAS F. MCGUIRE