UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:

04 – 30175 - MAP

UNITED STATES OF AMERICA,

     PLAINTIFF,
VS.

$35,000.00 IN U. S. CURRENCY,

  DEFENDANT

## MOTION TO CONTINUE STATUS CONFERENCE

The Claimant, Joseph Guilbe, by his undersigned attorney, Thomas F. McGuire, Moves This Honorable Court to continue the Status Conference in this case for the reason that the Claimant's Counsel will be unavailable on January 26, 2005 because of an Arraignment in state court of an individual on a charge of Murder. This Defendant is being returned from the Commonwealth of Virginia. The Parties ask that the Status Conference be scheduled after February 7, 2005 because of the schedule of both Counsel.

ASSENTED TO:    THE CLAIMANT, JOSEPH GUILBE

          BY HIS ATTORNEY

_/s/ Shelby D. Wright_  _/s/ Thomas F. McGuire_
SHELBY D. WRIGHT  THOMAS F. MCGUIRE

ASSISTANT U.S. ATTORNEY 1365 MAIN STREET

          SPRINGFIELD, MA. 01103

JANUARY 21, 2005   413/746-3020/FAX413/746-4289

## CERTIFICATE OF SERVICE

I, Thomas F. McGuire, certify that I caused the attached Motion To Continue to be served on Assistant United States Attorney Shelby D. Wright by mailing same, with first class postage pre-paid thereon, to her office at Moakley Courthouse, 1 Courthouse Way, Suite 9200, Boston, Ma. 02210 on January 24, 2005 and by fax on January 23, 2005.

*/s/ Thomas F. McGuire*
THOMAS F. MCGUIRE