UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>      Plaintiff )<br>          )<br>v.          )<br>          )<br>          )<br>$35,000 IN U.S. CURRENCY, )<br>      Defendant ) | Civil Action No. 04-30175-KPN |

SCHEDULING ORDER
February 14, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by February 28, 2005.

2. All discovery shall be completed by May 31, 2005.

3. Motions for summary judgment shall be filed by July 1, 2005, to which responses shall be filed by July 15, 2005.

4. Counsel shall appear for a case management conference and hearing on any summary judgment motions on July 28, 2005 at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

              /s/ Kenneth P. Neiman
              KENNETH P. NEIMAN
              U.S. Magistrate Judge