UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff,    )<br>                              )<br>      v.               )<br>                              )<br>$35,000 IN UNITED STATES )<br>CURRENCY,                 )<br>      Defendant.     )<br>_____ )<br>JOSEPH GUILBE,          )<br>      Claimant.      ) | CIVIL ACTION NO. 04-31075-KPN |

**JOINT MOTION FOR JUDGMENT AND ORDER OF FORFEITURE**

The parties to this action, the United States of America, plaintiff, and Joseph Guilbe, claimant, report that they have reached an agreement to settle this action. The parties therefore move this court, in accordance with the attached Stipulation of Settlement and pursuant to 21 U.S.C. § 881(a)(6), for an Order of Forfeiture, in the form submitted herewith, for the following property:

    (a)   $23,000.00 in U.S. Currency, 62 Roberto Clemente Street, Holyoke, Massachusetts on February 11, 2003.

                            Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | JOSEPH GUILBE, |
| /s/ *Shelbey D. Wright*<br>By:  Shelbey D. Wright<br>     Assistant U.S. Attorney<br>     John J. Moakley Federal<br>       Courthouse<br>     Suite 9200<br>     1 Courthouse Way<br>     Boston, MA 02210<br>     (617) 748-3283 | /s/*Thomas F. McGuire*<br>By:  Thomas F. McGuire<br>     The Market Place<br>     1365 Main Street<br>     Springfield, MA 01103<br>     (413) 746-3020 |

Date:  April 14, 2005