```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,)
        Plaintiff,       )
                         )
        v.               )    CIVIL ACTION NO. 04-31075-KPN
                         )
$35,000 IN UNITED STATES )
CURRENCY,                )
        Defendant.       )
_____)
JOSEPH GUILBE,           )
        Claimant.        )
```

## JUDGMENT AND ORDER OF FORFEITURE

**NEIMAN, U.S.M.J.:**

This cause having come before this Court and the Court being fully advised of the agreement between the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED:

1. That $23,000 in United States currency, representing a portion of the Defendant Property, is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6).

2. That the remaining $12,000 in United States currency shall be returned to the Claimant, Joseph Guilbe.

3. That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any right, title or interest in or to the forfeited property are hereby held in default.

4. That the United States shall dispose of the forfeited property in accordance with the law.

5.  That this shall be and is the full, final, and complete disposition of this civil forfeiture action.

DONE and ORDERED in Springfield, Massachusetts, this _____ day of _____, 2005.

                                              _____
                                              KENNETH P. NEIMAN
                                              United States Magistrate Judge